HERMAN FRIEDMAN, Respondent-Appellant, v. HARRY LADISKY, Defendant, and MARTIN RARBACK, Individually and as Secretary-Treasurer of the Brotherhood of Painters, Decorators, District Council No. 9 of New York City, Appellant-Respondent.— Judgment in favor of plaintiff against the individual defendant unanimously affirmed, with costs to plaintiff-respondent; judgment in favor of plaintiff against unincorporated association unanimously reversed, the complaint dismissed and judgment is directed to be entered in favor of defendant association, with costs to the appellant association. The proof is legally insufficient to fix liability on the association or its several members (*Martin* v. *Curran*, 303 N. Y. 276). With respect to the verdict and judgment rendered in favor of plaintiff against the individual defendant, a cause of action was amply made out and while there were some errors in the admission of evidence, these were not of a substantial character sufficient to be prejudicial to the individual defendant or to constitute reversible error. Settle order. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ.

■

In the Matter of LOUIS A. ALCHERMES, as Candidate for Chairman, et al., Suing on Behalf of Themselves and Others Similarly Situated in the Purported Election of Officers of the Podiatry Society State of New York, New York County Division, Respondents, against MILTON HENENFELD, Individually and as Chairman of the New York Division of the Podiatry Society of the State of New York, et al., Appellants.— Order unanimously affirmed, with costs. This reference should be terminated at the next hearing which is to be had without further delay by either party. The report of the Referee should be filed with the court promptly thereafter. Costs and expenses of this private reference, which has already been unduly prolonged, shall be met as provided in the order of reference. Settle order. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

HUGH K. BENNETT, Respondent, v. BOYOUK KAZVINI et al., Defendants. BANK MELLI IRAN, Third-Party Claimant-Appellant.— Order appealed from unanimously modified by sending to an Official Referee the questions as to the extent to which Bank Melli Iran controlled and participated in the defense of the prior section 922 proceeding, including the right to select counsel, introduce and examine witnesses, direct the proceedings and appeal from any decision or judgment therein. (See *Fish* v. *Vanderlip*, 218 N. Y. 29; *Castle* v. *Noyes*, 14 N. Y. 329.) The Official Referee will report to Special Term, which is directed to redetermine the motion upon receiving his report. Settle order. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

WILLIAM J. LUTES, Respondent, v. SOL A. SHENK, Doing Business as SHENCO SALES COMPANY, et al., Appellants.— Order appealed from unanimously affirmed, with $20 costs and disbursements to respondent. We do not pass upon the question of whether or not the written agreement is illusory. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See *post*, pp. 942, 943.]